# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG RYAN ESPIGH, | : | CIVIL NO.: 1:19-cv-02221 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| BOROUGH OF LEWISTOWN, *et al.*, | : | |
| Defendants. | : | |

## ORDER
November 5, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Defendants' motion to dismiss (*doc. 47*) is **GRANTED**. Espigh's amended complaint, in its entirety, is dismissed with prejudice. The Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge